DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSHUA ARLEN MILLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2712

[January 8, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott I. Suskauer, Judge; L.T. Case No. 50-2020-CF-009747-AXXX-MB.

Daniel Eisinger, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Kimberly T. Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***